■ IRVING C. GERSTEIN, Respondent, v. GILBERT PLASTICS, INC., Appellant.— Defendant's general appearance has eliminated any question as to the jurisdiction of the court with respect to it (*McCormick* v. *Pennsylvania Cent. R. R. Co.*, 49 N. Y. 303). Defendant's time to answer the complaint is extended until 20 days after entry of the order hereon. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.